# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:12cv427

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., ) <br> ) <br> **Plaintiff,** ) <br> ) <br> Vs. ) <br> ) <br> CARLOS ALBERTO VILLATORO, ) <br> individually and d/b/a El Rey Restaurant; ) <br> and J. C. INC, LLC a business entity ) <br> formally d/b/a El Rey Restaurant, ) <br> ) <br> **Defendants.** ) <br> _____ ) | **DEFAULT JUDGMENT** |

**THIS MATTER** is before the court on plaintiff's Motion for Default Judgment (#7). Review of the court's docket reveals that the Summons and Complaint in this action were duly served upon defendants, and that such defendants failed to plead or otherwise appear in this action, and that the Clerk of this Court properly entered Default on October 1, 2012. Default (#6). Further review of the instant motion reveals that the default judgment sought is for a sum determinable from the pleadings filed with the court and, in particular, the pleadings filed in support of the Motion for Default Judgment. Thus, pursuant to Rule 54(b),Federal Rules of Civil Procedure, there is no just reason for delay in this Default Judgment as the interest of justice require the issuance of judgment as requested without further delay,

# JUDGMENT

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that plaintiff's Motion for Default Judgment (#7) is **ALLOWED,** and **DEFAULT JUDGMENT** is entered as follows:

that **J & J SPORTS PRODUCTIONS, INC.,** recover of **CARLOS ALBERTO VILLATORO, individually and d/b/a El Rey Restaurant and J. C. INC, LLC a business entity formally d/b/a El Rey Restaurant, both jointly and severally,**

(1)  $110,000.00 pursuant to 47 U.S.C. § 605(e)(3)(C)(i)(II) and (C)(ii), for Defendants' willful violation of 47 U.S.C. § 605(a); and

(2)  $1,200.00 for the tort of conversion of plaintiff's signal.

for a total award of **$111, 200.00.**

Signed: December 8, 2012

Max O. Cogburn Jr.
United States District Judge